Filed 5/4/22  P. v. Wright CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C094324 |
| Plaintiff and Respondent, | (Super. Ct. No. 21CF01650) |
| v. | |
| MARK ALAN WRIGHT, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Mark Alan Wright filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.) Having reviewed the record as required by *Wende*, we find no arguable errors that are favorable to defendant.  Accordingly, we will affirm the judgment.

FACTUAL AND PROCEDURAL BACKGROUND

Defendant's appeal involves multiple cases.  In the first case, defendant was found driving on October 24, 2020, with a blood-alcohol concentration of between 0.136 and

1

0.143 percent.  He was charged with driving under the influence (Veh. Code, § 23152, subd. (a)) and driving with a blood-alcohol concentration over 0.08 percent (Veh. Code, § 23152, subd. (b)).

For the second case, on March 31, 2021, defendant was arrested on an outstanding warrant and was searched for drugs and asked twice if he had any contraband, saying he did not.  The searching officer found a knife on defendant but no drugs.  When he was booked at the jail, he was asked again whether he had any contraband and he again said no.  Methamphetamine was then found on him after a search in the intake room.  Defendant was charged with felony bringing a controlled substance into a jail (Pen. Code, § 4573, subd. (a)) and misdemeanor possession of a controlled substance (Health & Saf. Code, § 11377, subd. (a)).

On May 6, 2021, defendant pleaded no contest to bringing a controlled substance into a jail and driving with a blood-alcohol concentration of over 0.08 percent.  Defendant had been on probation for a third case and the trial court found defendant in violation of his probation for these two convictions.

On June 17, 2021, the trial court sentenced defendant for the bringing contraband into jail conviction to four years (the upper term) in county jail, with 365 days to be served in jail and 1,096 days on mandatory community supervision.  For both the driving conviction and the probation violation case the court sentenced defendant to one year concurrent.

Defendant timely appealed on all cases without obtaining a certificate of probable cause.

## DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Defendant was advised by counsel of his right to file a supplemental brief within 30 days from the

2

date the opening brief was filed.  More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no errors that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.

\s\ ,
BLEASE, Acting P. J.

We concur:


\s\ ,
HULL, J.

\s\ ,
MAURO, J.